UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KAMARIA DOBOSU,

      Plaintiff,                         Case No.: 3:18-cv-273

vs.

COMMISSIONER                        Magistrate Judge Michael J. Newman
OF SOCIAL SECURITY,            (consent case)

      Defendant.

---

**ORDER AND ENTRY: (1) LIFTING THE STAY FOR THE PURPOSE OF ADDRESSING THE JOINT MOTION TO REMAND; (2) GRANTING THE JOINT MOTION FOR REMAND (DOC. 14); (3) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is presently before the Court on the parties' joint stipulation to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. 14. Based upon the stipulation of the parties, and for good cause shown, **IT IS ORDERED THAT:** (1) the stay on this case is **LIFTED**; (2) the ALJ's non-disability finding is found unsupported by substantial evidence, and the parties' joint request for a remand (doc. 14) is **GRANTED**; (3) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and (4) this case is **TERMINATED** upon the Court's docket. The Clerk is **ORDERED** to enter judgment accordingly.

      **IT IS SO ORDERED.**

Date:  2/22/2019                    _s/ Michael J. Newman_
                                         Michael J. Newman
                                         United States Magistrate Judge